**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ANTHONY PEARSON,**

    **Plaintiff,**

        v.                    Case Number:  8:18-cv-02901-EAK-AEP

**ALLY FINANCIAL, INC.,**

    **Defendant.**

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Anthony Pearson, and the Defendant, Ally Financial, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    By:

| | |
|---|---|
| */s/Amanda J. Allen, Esq.* | */s/ Gillian Williston, Esq.* |
| Amanda J. Allen, Esquire | Gillian Williston, Esquire |
| Florida Bar No. 98228 | Florida Bar No. 14270 |
| Amanda@TheConsumerProtectionFirm.com | Troutman Sanders LLP |
| William Peerce Howard, Esquire | 222 Central Park Ave., Suite 2000 |
| Florida Bar No. 0103330 | Virginia Beach, VA 23462 |
| Billy@TheConsumerProtectionFirm.com | Telephone: (757) 687-7500 |
| The Consumer Protection Firm, PLLC | Gillian.Williston @troutman.com |
| 4030 Henderson Blvd. | ***Attorneys for Defendant*** |
| Tampa, FL 33629 | |
| Tele:  (813) 500-1500 | |
| Fax:  (813) 435-2369 | |
| ***Attorneys for Plaintiff*** | |

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esquire**
Florida Bar No. 98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Tele: (813) 500-1500
Fax: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
***Attorney for Plaintiff***